IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 18, 2010

Charles R. Fulbruge III
Clerk

No. 07-30942

DANIEL CASTELLANOS-CONTRERAS; OSCAR RICARDO DEHEZA-ORTEGA;
RODOLFO ANTONIO VALDEZ-BAEZ

                                   Plaintiffs - Appellees

v.

DECATUR HOTELS LLC; F PATRICK QUINN, III

                                   Defendants - Appellants

- - - - -
Appeal from the United States District Court for the
Eastern District of Louisiana
- - - - -

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion February 11, 2009, 5 Cir., 2009, _____F.3d____)
(Opinion on Panel Rehearing, July 21, 2009, 5 Cir., 2009,
_____F.3d____)

(March 18, 2010)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA,
         BENAVIDES, STEWART, DENNIS, PRADO, OWEN, ELROD,
         SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

     A member of the court having requested a poll on the
petition for rehearing en banc, and a majority of the circuit
judges in regular active service and not disqualified having
voted in favor,

     It is ordered that this cause shall be reheard by the court
en banc with oral argument on a date hereafter to be fixed.  The
Clerk will specify a briefing schedule for the filing of
supplemental briefs.

---

     [1]Judges Wiener and Clement are recused and did not
participate.